| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF IOWA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy            4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**          **Bailey Ridge Partners LLC**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)      **27-1913968**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **32728 L14**<br>**Kingsley, IA 51028**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Plymouth**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   _____

**6. Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Bailey Ridge Partners LLC**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Bailey Ridge Partners LLC** _____  Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  - What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?**   _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
    Contact name _____
    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Bailey Ridge Partners LLC**     Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 11, 2017**
MM / DD / YYYY

X **/s/ Floyd Davis**                                    **Floyd Davis**
Signature of authorized representative of debtor         Printed name

Title    **Managing Member**

**18. Signature of attorney**

X **/s/ Donald H. Molstad**                              Date **January 11, 2017**
Signature of attorney for debtor                         MM / DD / YYYY

**Donald H. Molstad**
Printed name

**Molstad Law Firm**
Firm name

**701 Pierce Street, Ste. 305**
**Sioux City, IA 51101**
Number, Street, City, State & ZIP Code

Contact phone **712-255-8036**    Email address **mlawfirm@yahoo.com**

**3755**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Bailey Ridge Partners LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF IOWA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| AgCom Financial 1362 Highway 59 Holstein, IA 51025 | | | | $225,000.00 | $0.00 | $225,000.00 |
| Agri-Tech Enterprises 1400 Prospect Street SW Le Mars, IA 51031 | | Business Debt | | | | $200,000.00 |
| Chet Davis | | Business Debt | | | | $45,934.22 |
| David Updegraff 505 5th Street Suite 204 Sioux City, IA 51101 | | Business Debt | | | | $88,956.39 |
| Dubuque Bank & Trust 1398 Central Avenue Dubuque, IA 52004-0778 | | | | $9,600,000.00 | $0.00 | $9,600,000.00 |
| Dubuque Bank & Trust 1398 Central Avenue Dubuque, IA 52004-0778 | | | | $250,000.00 | $0.00 | $250,000.00 |
| Ebenezer Management 2516 380th Street Dayton, IA 50530 | | Business Debt | | | | $7,481.00 |
| GSC AgriBusiness 3340 Peachtree Road Suite 1910 Atlanta, GA 30326 | | Business Debt | | | | $64,864.00 |
| Hawk-I Electric 114 Prairie Road P.O. Box 1146 Storm Lake, IA 50588 | | Business Debt | | | | $130,000.00 |

Debtor **Bailey Ridge Partners LLC**                                Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Houlihan & Associates<br>4240 Hickory Lane<br>P.O. Box 1293<br>Sioux City, IA 51102 | | Business Debt | | | | $100,593.94 |
| Jack Grubb<br>32728 L14<br>Kingsley, IA 51028 | | Business Debt | | | | $276,749.21 |
| Nicole Grubb-Nearman<br>1503 22nd Street S<br>Brookings, SD 57006 | | Business Debt | | | | $272,085.89 |
| Paul Engle | | Business Debt | | | | $370,865.95 |
| Platt Rogers Construction<br>12211 West Alameda Pkwy<br>Suite 200<br>Lakewood, CO 80228 | | Business Debt | | | | $59,000.00 |
| Ruba | | | | $830,000.00 | $0.00 | $830,000.00 |
| Ruba-First Dakota | | Business Debt | | | | $400,000.00 |
| Verlyn Nafe | | Business Debt | | | | $5,827.14 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: **Bailey Ridge Partners LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A  Amount of claim  Do not deduct the value of collateral. | Column B  Value of collateral that supports this claim |
|---|---|---|---|

**2.1 AgCom Financial**
Creditor's Name

Creditor's mailing address:
1362 Highway 59
Holstein, IA 51025

Creditor's email address, if known:

Date debt was incurred: 8/14
Last 4 digits of account number:

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien: **Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$225,000.00**    Value of collateral: **$0.00**

---

**2.2 Dubuque Bank & Trust**
Creditor's Name

Creditor's mailing address:
1398 Central Avenue
Dubuque, IA 52004-0778

Creditor's email address, if known:

Date debt was incurred: 8/14
Last 4 digits of account number: 1401

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien

Describe the lien: **Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$9,600,000.00**    Value of collateral: **$0.00**

---

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

| Debtor | **Bailey Ridge Partners LLC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Dubuque Bank & Trust** | **Describe debtor's property that is subject to a lien** | $250,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**1398 Central Avenue**
**Dubuque, IA 52004-0778**
Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/15**
**Last 4 digits of account number**
**1501**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ruba** | **Describe debtor's property that is subject to a lien** | $830,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/16**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $10,905,000.00

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name  **Bailey Ridge Partners LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Agri-Tech Enterprises**<br>**1400 Prospect Street SW**<br>**Le Mars, IA 51031**<br>Date(s) debt was incurred  **9/15**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business Debt**<br>Is the claim subject to offset?  ☒ No  ☐ Yes | | **$200,000.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Chet Davis**<br>Date(s) debt was incurred  **5/12**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business Debt**<br>Is the claim subject to offset?  ☒ No  ☐ Yes | | **$45,934.22** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**David Updegraff**<br>**505 5th Street**<br>**Suite 204**<br>**Sioux City, IA 51101**<br>Date(s) debt was incurred  **1/14**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business Debt**<br>Is the claim subject to offset?  ☒ No  ☐ Yes | | **$88,956.39** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Ebenezer Management**<br>**2516 380th Street**<br>**Dayton, IA 50530**<br>Date(s) debt was incurred  **6/14**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business Debt**<br>Is the claim subject to offset?  ☒ No  ☐ Yes | | **$7,481.00** |

Debtor **Bailey Ridge Partners LLC**    Case number (if known)
　　　　Name

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**GSC AgriBusiness**<br>**3340 Peachtree Road**<br>**Suite 1910**<br>**Atlanta, GA 30326**<br><br>Date(s) debt was incurred  **6/15**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$64,864.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Hawk-I Electric**<br>**114 Prairie Road**<br>**P.O. Box 1146**<br>**Storm Lake, IA 50588**<br><br>Date(s) debt was incurred  **1/16**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$130,000.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Houlihan & Associates**<br>**4240 Hickory Lane**<br>**P.O. Box 1293**<br>**Sioux City, IA 51102**<br><br>Date(s) debt was incurred  **3/11**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$100,593.94** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Jack Grubb**<br>**32728 L14**<br>**Kingsley, IA 51028**<br><br>Date(s) debt was incurred  **2011-2014**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$276,749.21** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Nicole Grubb-Nearman**<br>**1503 22nd Street S**<br>**Brookings, SD 57006**<br><br>Date(s) debt was incurred  **2011-2016**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$272,085.89** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Paul Engle**<br><br>Date(s) debt was incurred  **2011-2012**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$370,865.95** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Platt Rogers Construction**<br>**12211 West Alameda Pkwy**<br>**Suite 200**<br>**Lakewood, CO 80228**<br><br>Date(s) debt was incurred  **7/15**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$59,000.00** |

Debtor **Bailey Ridge Partners LLC**      Case number (if known)
   Name

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Ruba-First Dakota**<br><br>Date(s) debt was incurred **3/11**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$400,000.00** |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Verlyn Nafe**<br><br>Date(s) debt was incurred **2012-2016**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,827.14** |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 2,022,357.74 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **2,022,357.74** |

AgCom Financial
1362 Highway 59
Holstein, IA 51025



Agri-Tech Enterprises
1400 Prospect Street SW
Le Mars, IA 51031



Chet Davis



David Updegraff
505 5th Street
Suite 204
Sioux City, IA 51101



Dubuque Bank & Trust
1398 Central Avenue
Dubuque, IA 52004-0778



Ebenezer Management
2516 380th Street
Dayton, IA 50530



GSC AgriBusiness
3340 Peachtree Road
Suite 1910
Atlanta, GA 30326



Hawk-I Electric
114 Prairie Road
P.O. Box 1146
Storm Lake, IA 50588



Houlihan & Associates
4240 Hickory Lane
P.O. Box 1293
Sioux City, IA 51102

Jack Grubb
32728 L14
Kingsley, IA 51028


Nicole Grubb-Nearman
1503 22nd Street S
Brookings, SD 57006


Paul Engle


Platt Rogers Construction
12211 West Alameda Pkwy
Suite 200
Lakewood, CO 80228


Ruba


Ruba-First Dakota


Verlyn Nafe

# United States Bankruptcy Court
## Northern District of Iowa

In re  **Bailey Ridge Partners LLC**

Debtor(s)

Case No.

Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Bailey Ridge Partners LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 11, 2017**

Date

**/s/ Donald H. Molstad**

**Donald H. Molstad 3755**

Signature of Attorney or Litigant

Counsel for  **Bailey Ridge Partners LLC**

**Molstad Law Firm**
**701 Pierce Street, Ste. 305**
**Sioux City, IA 51101**
**712-255-8036 Fax:712-255-4642**
**mlawfirm@yahoo.com**