# United States Bankruptcy Court
## Northern District of Iowa

In re   **Bailey Ridge Partners LLC** _____   Case No.   **17-00033** _____

_____ Debtor(s)   Chapter   **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **41,717.00** |
| Prior to the filing of this statement I have received | $ | **15,000.00** |
| Balance Due | $ | **26,717.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ☐ Debtor     ■ Other (specify):   **$200/hr after fees are extinguished. In addition debtor has paid $1717 court costs which is included in the $15,000 above.**

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____
_Date_

**Donald H. Molstad 3755**
_Signature of Attorney_
**Molstad Law Firm**
**701 Pierce Street, Ste. 305**
**Sioux City, IA 51101**
**712-255-8036  Fax: 712-255-4642**
**mlawfirm@yahoo.com**
_Name of law firm_

**Fill in this information to identify the case:**

Debtor name    **Bailey Ridge Partners LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF IOWA

Case number (if known)   **17-00033**

☐ Check if this is an
  amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For year before that:** From  1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other | $1,795,266.00 |
| **For the fiscal year:** From  1/01/2014 to 12/31/2014 | ■ Operating a business<br>☐ Other | $796,497.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For year before that:** From  1/01/2015 to 12/31/2015 | Reimbursed Expenses | $151,897.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Debtor   **Bailey Ridge Partners LLC**                                    Case number *(if known)*   **17-00033**

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Dubuque Bank & Trust Company vs. Bailey Ridge Partners LLC, et. al. EQCV037183 | Foreclosure | IA District Court Plymouth County | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | Dubuque Bank & Trust Company vs. Bailey Ridge Partners LLC, et. al. EQCV030163 | Foreclosure | IA District Court Harrison County | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | Dubuque Bank & Trust Company vs. Bailey Ridge Partners LLC, et. al. EQCV025049 | Foreclosure | IA District Court Cherokee County | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | Dubuque Bank & Trust Company vs. Bailey Ridge Partners LLC, et. al. EQCV030219 | Foreclosure | IA District Court Harrison County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Dubuque Bank & Trust Company vs. Bailey Ridge Partners LLC, et. al. EQCV037401 | Foreclosure | IA District Court Plymouth County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Dubuque Bank & Trust Company vs. Bailey Ridge Partners LLC, et. al. EQCV025183 | Foreclosure | IA District Court Cherokee County | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   Bailey Ridge Partners LLC                                     Case number *(if known)*   17-00033

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.7. | Jerome Ruba a/k/a Jerry Ruba vs. Bailey Ridge Partners LLC<br>EQCV030151 | Foreclosure | IA District Court Harrison County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Jerome Ruba a/k/a Jerry Ruba vs. Bailey Ridge Partners LLC<br>EQCV037132 | Foreclosure | IA District Court Plymouth County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | Jerome Ruba a/k/a Jerry Ruba vs. Bailey Ridge Partners LLC<br>CVCV030222 | Foreign Judgment | IA District Court Harrison County | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. | Jerome Ruba a/k/a Jerry Ruba vs. Bailey Ridge Partners LLC<br>CVCV037413 | Foreign Judgment | IA District Court Plymouth County | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.11. | Jerome Ruba a/k/a Jerry Ruba vs. Bailey Ridge Partners LLC<br>CVCV025184 | Foreign Judgment | IA District Court Cherokee County | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.12. | Lundell Construction vs. Bailey Ridge Partners LLC<br>LACV023775 | | IA District Court Cherokee County | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.13. | First Dakota National Bank vs. Bailey Ridge Partners LLC, et. al.<br>4:16-CV-04007-RAL | | US District Court District of South Dakota Southern Division | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Debtor    **Bailey Ridge Partners LLC**    Case number (if known)   17-00033

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets — Real and Personal Property)*. | | |
| **Leased Caterpillar Skid Steer was stolen & police report was filed.** | | **12/27/16** | **$35,000.00** |

---

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Molstad Law Firm** **701 Pierce Street, Ste. 305** **Sioux City, IA 51101** | **Attorney Fees & Court Costs** | **1/11/17** | **$15,000.00** |
| Email or website address **mlawfirm@yahoo.com** | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1   **Unknown** | **Misc. Equipment** | **2016** | **Unknown** |
| Relationship to debtor | | | |

---

### Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor___**Bailey Ridge Partners LLC**___                                          Case number (if known)___**17-00033**___

☐ Does not apply

Address                                                      Dates of occupancy
                                                            From-To

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Seaboard Foods of Iowa | All Owned Sites | 55,835 head<br>Nursery $1,258,750<br>Finisher $4,569,000 | $5,827,750.00 |

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.    **Bailey Ridge Partners LLC** 32728 L14 Kingsley, IA 51028 | **Custom Feeding Hogs** | EIN:       27-1913968 From-To    3/11-Continuous |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Houlihan & Associates PC** 4240 Hickory Lane, Ste. 100 P.O. Box 1293 Sioux City, IA 51102 | **Last 2 years** |
| 26a.2.    **Nicole Grubb-Nearman** 1503 22nd Street S Brookings, SD 57006 | **Last 2 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **NutriQuest** Dennis Nuetzman 3782 9th Street SW Mason City, IA 50401 | **8/16-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **NutriQuest** Dennis Nuetzman 3782 9th Street SW Mason City, IA 50401 | |
| 26c.2.    **Nicole Grubb-Nearman** 1503 22nd Street S Brookings, SD 57006 | |
| 26c.3.    **Houlihan & Associates** 4240 Hickory Lane, Ste. 100 P.O. Box 1293 Sioux City, IA 51102 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address

Debtor   **Bailey Ridge Partners LLC**                                    Case number (if known)   17-00033

---

Name and address

26d.1.   Dubuque Bank & Trust
1398 Central Avenue
Dubuque, IA 52004-0778

---

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Grubb Family Partnership | 1503 22nd Street S Brookings, SD 57006 | Manging Member | 62.07 |
| Dover Development LLC | 419 Dover Street Kingsley, IA 51028 | Managing Member | |
| Energy Systems Inc. | 5924 Four Seasons Drive Sioux City, IA 51106 | Managing Member | |
| Grubb Family Partnership | 2291 Interlocken Drive Evergreen, CO 80439 | Member | 62.07 |
| Frank Manthei | 24519 E Louisiana Circle Aurora, CO 80018 | Member | 7.60 |
| Jerry Ruba | 44704 120th Street Remsen, IA 51050 | Non Voting Member | 7.52 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

---

Debtor    **Bailey Ridge Partners LLC**                                    Case number (if known)    **17-00033**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **See Attached** | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1|11|17___

X _Nicole Grubb-Nearman_                **Nicole Grubb-Nearman**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

#30- Affairs

### Payments made to Nicole:

I reimbursed myself for supplies I purchased for the company.  I also paid myself 1099-Misc as I'm considered a contract hire to do the bookkeeping for the company.  My 1099 for 2016 was $3,574.19.

The 1099-Misc reported was paid as follows:

1/28/2016:  $2,074.19
5/12/2016:  $1,500.00

Reimbursements that were paid to Nicole or directly to her credit cards as follows:

1/28/2016:  $28,799.28 - Reimbursed Propane payments, Insurance payments, Medicator parts, Feed system parts
3/31/2016:  $4,100.00 - Reimburse for paying interest on the Dubuque Bank $250,000 LOC note.  Was authorized by Erica Lydolph at DB&T to be paid.
8/12/2016:  $1,062.14 - Reimbursed for paying rendering, Verizon Equipment upgrades, medicator parts, feed system parts.
9/2/2016:  $2,847.20 - Reimbursed for paying rendering, internet fees, and buying a non-penetrating bolt gun for the nurseries per Seaboard foods request.
10/20/2016:  $490.00 - reimbursed for paying rendering
11/10/2016:  $148.10 - Verizon reimbursement for Kingsley phone and internet access.
11/10/2016:  $1,024.07 - reimbursed for buying a powerwasher, powerwasher repair parts, feed system parts, alarm system parts, and miscellaneous at Lowe's.

### Other Members that Received Funds:

9/6/2016:  Chet Davis $2,400.00 - however he put this back into the company within a week of receiving it back.  He had previously provided a short term loan of $2,400.00.  So I think that is a wash on paying him anything.

**Fill in this information to identify the case:**

Debtor name   **Bailey Ridge Partners LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF IOWA

Case number (if known)   **17-00033**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:   Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $ ___13,790,000.00___

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................    $ ___1,929,323.29___

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................    $ ___15,719,323.29___

**Part 2:   Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $ ___10,905,000.00___

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $ ___0.00___

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$ ___2,022,357.74___

4.  **Total liabilities** ..................................................................................................
    Lines 2 + 3a + 3b                                                                                                            $ ___12,927,357.74___

Fill in this information to identify the case:

Debtor name    **Bailey Ridge Partners LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF IOWA

Case number (if known)   **17-00033**

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.      **Cash on hand** | $0.00 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   Dubuque Bank & Trust | Checking | 4228 | $86,895.41 |
| 3.2.   Great Plains Bank - Checking | | | $55.94 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $86,951.35 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1.   Joe Kessenich has prepaid the debtor $37,500 for a 5 year contract for manure | $37,500.00 |
| --- | --- |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

| Debtor | **Bailey Ridge Partners LLC** | Case number *(if known)* **17-00033** |
|---|---|---|
| | Name | |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                      | **$37,500.00** |
    Add lines 7 through 8. Copy the total to line 81.

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:       **38,021.94**  –  **0.00**  = ....   **$38,021.94**
                                    face amount          doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                     | **$38,021.94** |
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:   Investments**

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:   Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No. Go to Part 6.
    ☐ Yes Fill in the information below.

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☐ No. Go to Part 7.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| Used misc. equipment | $0.00 | | $20,000.00 |
| Generators $150,000 Bins $92,850 | $0.00 | | $242,850.00 |

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Bailey Ridge Partners LLC** | Case number *(If known)* 17-00033 |
|---|---|---|
| | Name | |

**33.** Total of Part 6.    $262,850.00
Add lines 28 through 32. Copy the total to line 85.

**34.** Is the debtor a member of an agricultural cooperative?
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.** Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
☐ No
■ Yes. Book value _____0_____ Valuation method _____ Current Value _____7384.57_____

**36.** Is a depreciation schedule available for any of the property listed in Part 6?
☐ No
■ Yes

**37.** Has any of the property listed in Part 6 been appraised by a professional within the last year?
☐ No
■ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture<br>**Office table & chairs, computers, office supplies, printers (located at all sites)** | $0.00 | | $4,000.00 |

**40.** Office fixtures

**41.** Office equipment, including all computer equipment and communication systems equipment and software

**42.** Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** Total of Part 7.    $4,000.00
Add lines 39 through 42. Copy the total to line 86.

**44.** Is a depreciation schedule available for any of the property listed in Part 7?
■ No
☐ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?
■ No
☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 3

| Debtor | **Bailey Ridge Partners LLC** | Case number *(If known)* | **17-00033** |
|---|---|---|---|
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **GMC 2500 (doesn't run-needs to be salvaged)** | $0.00 | | $0.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                                                        $0.00
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **45587 260th Street, Remsen, Plymouth County, Iowa 51050 (See Attached Legal) *aka Galles Site Site contains: 4 barns-10,500 head nursery or 4,000 head wean to finish** | | | | |
| **Site-$1,510,000 Acreage-$46,000** | Fee Interest | $0.00 | | $1,556,000.00 |

Debtor    **Bailey Ridge Partners LLC**                              Case number *(if known)*  **17-00033**
_____
Name

| | | | | |
|---|---|---|---|---|
| 55.2. | **44517 240th Street, Remsen, Plymouth County, Iowa 51050 (See Attached Legal) *aka Nilles Site Site contains: 4 wean to finish barns-4000 head spaces** | | | |
| | **Site-$1,520,000 Acreage-$69,000** | Fee Interest | $0.00 | $1,589,000.00 |
| 55.3. | **21135 Tamarack Avenue, Remsen, Plymouth County, Iowa 51050 (See Attached Legal) *aka Ohlendorf Site Site contains: 4 wean to finish barns-4000 head spaces** | | | |
| | **Site-$1,520,000 Acreage-$90,000** | Fee Interest | $0.00 | $1,610,000.00 |
| 55.4. | **23713 Hwy 140, Remsen, Plymouth County, Iowa 51050 (See Attached Legal) *aka Maass Site Site contains: 4 nursery barns-4175 head spaces** | | | |
| | **Site-$475,000 Acreage-$180,000** | Fee Interest | $0.00 | $655,000.00 |
| 55.5. | **30646 Hwy 140, Kingsley, Plymouth County, Iowa 51028 (See Attached Legal) *aka Kingsley Site Site contains: 3 buildings-5300 head wean to finish** | | | |
| | **Site-$1,650,000 Acreage-$30,000** | Fee Interest | $0.00 | $1,680,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **Bailey Ridge Partners LLC**
_____    Case number (If known) **17-00033**
Name

| | | | |
|---|---|---|---|
| 55.6. | 6195 A Avenue, Pierson, Cherokee County, Iowa 51048 (See Attached Legal) *aka Grand Meadow Pork Site Site contains: 4 barns-10,500 nursery head or 4000 wean to finish head | Fee Interest | $0.00 | $1,510,000.00 |
| 55.7. | 43641 240th Street, Remsen, Plymouth County, Iowa 51050 (See Attached Legal) *aka Hawkeye Site Site contains-2 wean to finish barns-4000 head spaces | Fee Interest | $0.00 | $1,840,000.00 |
| 55.8. | 2636 130th Street, Woodbine, Harrison County, Iowa 51579 (See Attached Legal) *aka Cyclone Site Site contains: 3 wean to finish barns-4260 head spaces | Fee Interest | $0.00 | $1,550,000.00 |
| 55.9. | 2620 130th Street, Woodbine, Harrison County, Iowa 51579 (See Attached Legal) *aka Husker Site Site contains: 2 wean to finish barns-4800 head spaces | Fee Interest | $0.00 | $1,800,000.00 |

**56.**  **Total of Part 9.**                                                                                     $13,790,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.**  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.**  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Debtor | **Bailey Ridge Partners LLC** | Case number *(If known)* __17-00033__ |
|---|---|---|
| | Name | |

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

| 71. | **Notes receivable**<br>Description (include name of obligor) | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **Claim against Jerome Ruba** | **$1,500,000.00** |

| Nature of claim | **Business Interference** |
|---|---|
| Amount requested | **$0.00** |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$1,500,000.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

| Debtor | **Bailey Ridge Partners LLC** | Case number *(If known)* __17-00033__ |
|---|---|---|
| | Name | |

**Part 12:      Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $86,951.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $37,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $38,021.94 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $262,850.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $13,790,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,500,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,929,323.29 | + 91b.  $13,790,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $15,719,323.29 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

# LEGAL DESCRIPTIONS

1. **Kingsley Site** 3 buildings for a 5300 head wean to finish @ 30646 Hwy 140 Kingsley, IA 51028 (Garfield Township)

Part of the Northeast Quarter (NE ¼) of the Southwest Quarter (SW ¼) of Section Seventeen (17) Township Ninety (90), range Forty-Three (43), West of the 5th P.M., Plymouth County, Iowa, further described as follows:

Commencing at the Southwest corner of the SW ¼ of said Section 17 a distance of 1826.59 feet; thence N 89°36'10 E, a distance of 1811.07 feet to the Point of Beginning; thence S 0°15'02" W, a distance of 598.70 feet; thence S 89°36'10" W, a distance of 815.76 feet; thence S 0°15'02" W, a distance of 534.83 feet the Point of Beginning; said described parcel contains 11.21 Acres. Said parcel is subject to any and all Easements of record.

2. **Galles Site**: Four Barns – 10,500 head nursery or 4,000 head wean to finish @ 45587 260th St, Remsen, IA 51050 (Henry Township)

A Parcel of land located in a part of the SW ¼ of the SE ¼ of the SE ¼ of Section 21, Township 91 North, Range 43 West of the 5th P.M., Plymouth County, Iowa.

BEGINNING at the Southeast corner of the SW ¼ of the SE ¼ of said Section 21; thence S 89°54'30" W on the South line of the SE ¼ of said Section 21, a distance of 46.85 feet; thence N 0°11'58" W, a distance of 256.85 feet; thence N 24°24'34" W, a distance of 110.66 feet; thence S 89°54'58" W, a distance of 272.11 feet; thence N 0°05'57" W, a distance of 459.08 feet; thence N 76°13'23" E, a distance of 375.72 feet to a point on the East line of the W ½ of the SE ¼ of said Section 21; thence S 0°05'40" E on said East line, a distance of 905.69 feet to the POINT OF BEGINNING; said described Parcel "A" contains a total of 4.66 Acres, inclusive of a Public Roadway Easement of 0.04 Acres. Said parcel is also subject to any and all other Easements of Record.

For the purpose of this Survey the South line of the SE ¼ of said Section 21 is assumed to bear S 89°54'30" W.

3. **Nilles Site**: Four Wean to Finish Barns: 4,000 head spaces @ 44517 240th St., Remsen, IA 51050 (Henry Township)

Parcel "C"

A parcel of land described as being part of [Parcel "A" (Doc # 1998-3275) of the SW ¼ of the SE ¼ ] and a part of [Parcel "B" (Doc # 1998-3274) of the SW ¼ of the SE ¼ and of the SE ¼ of the SW ¼ ] all being in Section 8, Township 91 North, Range 43 West of the 5th P.M., Plymouth County, Iowa.

Commencing at the Southwest Corner of the Southeast Quarter of said Section 8; thence N 90°00'00" E on the South line of the SE ¼ of said Section 8, a distance of 81.96 feet; thence N 00°15'04" E, a distance of 371.19 feet to the POINT OF BEGINNING; thence continuing N 00°15'04" E, a distance of 86.36 feet; thence N 73°07'19" E, a distance of 76.18 feet; thence N 00°58'30" E, a distance of 168.77 feet; thence S 89°40'17" W, a distance of 153.63 feet; thence N 00°58'30" E, a distance of 212.70 feet; thence S 89°40'17" W, a distance of 297.89 feet; thence S 00°00'59" E, a distance of 490.28 feet; thence N 89°32'21" E, a distance of 371.62 feet to the POINT OF BEGINNING; said described Parcel "C" contains 4.12 Acres and is subject to any and all Easements of Record.

For the purpose of this Survey the South line of the SE ¼ of said Section 8 is assumed to bear N 90°00'00" E.

4. **Ohlendorf Site**: Four Wean to Finish Barns: 4,000 head spaces @ 21135 Tamarack Ave., Remsen, IA 51050    (Remsen Township)

Part of the Northeast Quarter (NE ¼) of the Northeast Quarter (NE ¼) of Section Thirty Five (35), Township Ninety Two (92) North, Range Forty Three (43) West of the 5th P.M., Plymouth County, Iowa, further described as follows:

Commencing at the Northeast corner of the NE ¼ of said Section 35; thence S 0°00'00" E along the East line of the NE ¼ of said Section 35, a distance of 420.44 feet to the Point of Beginning; thence continuing S 0°0'00" E along said East line, a distance of 643.81 feet; thence S 90°00'00" W, a distance of 687.64 feet; thence N 0°00'00" E, a distance of 643.81 feet, thence N 90°00'00" E, a distance of 687.64 feet to the Point of Beginning; said described parcel contains a total of 10.16 Acres, inclusive of a Public Roadway Easement of .49 Acres.  Said parcel is also subject to any and all other Easements of record.

5. **Maass Site**: Four Nursery Barns: 4,175 head spaces @ 23713 Hwy 140, Remsen IA 51050 (Henry Township)

The Southeast Quarter (SE ¼) of Section (7), Township Ninety One (91) North Range Forty Three (43) West of the 5th P.M., Plymouth County, Iowa, further described as follows:

Commencing at the Southeast Corner of the SE ¼ of said Section 7; thence North 00°00'00" West 1067.00 feet along the East Line of the SE ¼ to the Point of Beginning; Thence North 90°00'00" West 790.00 Feet; Thence North 00°00'00" West 547.60 Feet; Thence North 56°45'35" East 256.13 Feet; Thence North 90°00'00" East 578.78 Feet to the East Line of the SE ¼; Thence South 00°00'00" West 688.00 Feet to the Point of Beginning, Containing 12.13 Acres.

**6. Hawkeye Site**: 2 Wean to Finish Barns (4 rooms):  4,000 head spaces @ 43641 – 240ᵗʰ St. Remsen, IA  51050 (Henry Township)

A parcel of land described as being a part of the SW ¼ of the SE ¼ of Section 7, Township 91 N, Range 43 W of the 5ᵗʰ PM, Plymouth County, Iowa, further described as follows:

Commencing at the Southeast corner of the Southeast Quarter of said Section 7; thence North 88°45'36"W. along the South line of the SE ¼ of said Section 7 a distance of 1,817.02 feet to the POINT OF BEGINNING; thence continuing N 88°45'36" W, a distance of 400.00 feet; thence N 01°14'24"E, a distance of 78.50 feet; thence S 88°45'36" E, a distance of 510.35 feet, thence S 14°13'35" W, a distance of 491.06 feet to the POINT OF BEGINNING; said described parcel contains a total of 5.00 Acres, inclusive of a Public Roadway Easement of .31 Acres.  Said parcel is also subject to any and all other Easements of Record.

For the purpose of this Survey the South line of the SE ¼ of said Section 7 is assumed to bear N 88°45'36"W.

**7. Grand Meadow Pork**: Four Barns:  10,500 head Nursery or 4,000 head wean to finish barns @ 6195 A Ave, Pierson, IA 51048 (Grand Meadow Township)

A parcel of land described as being a part of the Southwest Quarter of the Fractional Southwest Quarter of Section 7, Township 90 North, Range 42 West of the 5ᵗʰ P.M., Cherokee County, Iowa, further described as follows:

Commencing at the Southwest corner of the SW ¼ of said Section 7; thence W 0°"00'0", along the West line of the SW 1/4 of said Section 7 a distance of 583.18 feet to the Point of Beginning; thence continuing N 0°00'00" W, a distance of 704.06 feet; thence S 90°00'00" W, a distance of 376.48 feet to the Point of Beginning; said described parcel contains a total of 6.09 acres, inclusive of a public roadway easement of 0.53 acres.  Said parcel is also subject to any and all other easements of record.

8. **Cyclone Site:** 3 Wean to Finish Barns:  4,260 head spaces @ 2636 – 130ᵗʰ Street, Woodbine, IA 51579 (Allen Township).

Parcel "C"

A parcel of land described as being a part Parcel "A" (Book 2006, Page 0545), and being located in part of the NE ¼ of the NW ¼ and a part of the NW ¼ of the NE ¼, all in Section 24, Township 81 North, Range 43 West of the 5ᵗʰ PM, Harrison County, Iowa, further described as follows:

Beginning at the Northwest Corner of the NE ¼ of said Section 24; thence N 89°49'07" E on the North line of the NE ¼ of said Section 24, a distance of 24.50 feet; thence S

00°00'00" W, a distance of 300.09 feet to a point on the South line to aforesaid Parcel "A" (the following three courses are common to said Parcel "A"); thence S 90°00'00" W, a distance of 669.56 feet; thence N 00°00'00" E, a distance of 300.00 feet to a point on the North line of the NW ¼ of said Section 24; thence N 90°00'00" E on said North line, a distance of 645.06 feet to the POINT OF BEGGINNING; said Parcel "C" contains a total of 4.61 Acres, inclusive of 0.51 Acres of Existing Public Roadway Easement. Said Parcel is also subject to any and all other Easements of Record.

For the purpose the Survey the North line of the NE ¼ of said Section 24 is assumed to bear N 89°49'07"E.

9. **Husker Site:** 2 Wean to Finish Barns (4 rooms):  4,800 head spaces @ 2620 130th Street, Woodbine, IA 51579

A parcel of land located in part of the NE ¼ NW ¼ and part of the NW ¼ NW ¼ of Section 24, Township 81 North, Range 43 West of the 5th P.M., Harrison County, Iowa, more fully described as follows:

Commencing at the Northwest corner of the NW ¼ of Section 24; Thence N90 00'00"E along a portion of the north line of the NW ¼ a distance of 1110.64 feet to the Point of Beginning; thence N90 00'00"E along a portion of the north line of said NW ¼ and the centerline of a county road a distance of 350.00 feet; thence S00 00'00"W a distance of 383.00 feet; thence S90 00'00"W a distance of 350.00 feet; thence N00 00'00" a distance of 383.00 feet to the Point of Beginning.  Said parcel contains 3.10 Acres, more or less, 2.83 Acres excluding presently established county road right of way and is subject to all easements of record.

Fill in this information to identify the case:

Debtor name    **Bailey Ridge Partners LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF IOWA

Case number (if known)    **17-00033**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Facility rental income contract** | |
|---|---|---|---|
| | State the term remaining | **5 years (Started July 2016)** | **Seaboard Foods of Iowa** |
| | List the contract number of any government contract | **NA** | **9000 West 67th Street Suite 200 Shawnee Mission, KS 66202** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bailey Ridge Partners LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF IOWA |
| Case number (if known) | **17-00033** |

☐ Check if this is an
amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Chet Davis** | **419 Dover Street**<br>**Kingsley, IA 51028** | Dubuque Bank & Trust | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Jason Grubb** | **2291 Interlocken Drive**<br>**Evergreen, CO 80439** | Dubuque Bank & Trust | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Jerome Ruba** | **44704 120th Street**<br>**Remsen, IA 51050** | Dubuque Bank & Trust | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Leo-Land Inc dba**<br>**Agcom Finan.** | **1362 Highway 59**<br>**Holstein, IA 51025** | Dubuque Bank & Trust | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Nicole**<br>**Grubb-Nearman** | **1503 22nd Street S**<br>**Brookings, SD 57006** | Dubuque Bank & Trust | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Bailey Ridge Partners LLC | | Case number *(if known)*   17-00033 |
|---|---|---|---|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| 2.6 | Paul Engle | 5924 Four Seasons Drive<br>Sioux City, IA 51106 | Dubuque Bank &<br>Trust | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|

| 2.7 | Verlyn Nafe | 115 620th Street<br>Pierson, IA 51048 | Dubuque Bank &<br>Trust | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|

# United States Bankruptcy Court
## Northern District of Iowa

In re  **Bailey Ridge Partners LLC**

Debtor(s)

Case No.  **17-00033**

Chapter  **11**

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS**  (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing:  $   **1,403,016.74**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income  $   **145,650.33**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $   0.00 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 0.00 |
| 12. Office Expenses and Supplies | 0.00 |
| 13. Repairs and Maintenance | 0.00 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 0.00 |
| 18. Insurance | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

DESCRIPTION                                     TOTAL

21. Other (Specify):

DESCRIPTION                                     TOTAL
**See Attached List of Expenses**          **94,393.50**

22. Total Monthly Expenses (Add items 3-21)  $   **94,393.50**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)  $   **51,256.83**

## Bailey Ridge Partners
### Budget Projection - Calendar 2017

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Contract Revenues:** | | | | | | | | | | | | |
| Cyclone Site | 13,080 | 13,080 | 13,080 | 13,080 | 13,080 | 13,080 | 13,080 | 13,080 | 13,080 | 13,080 | 13,080 | 13,080 |
| Husker Site | - | - | 6,953 | 14,100 | 14,100 | 14,100 | 14,100 | 14,100 | 14,100 | 14,100 | 14,100 | 14,100 |
| Kingsley Site | 11,663 | - | 7,841 | 15,900 | 15,900 | 15,900 | 15,900 | 15,900 | 15,900 | 15,900 | 15,900 | 15,900 |
| Grand Meadow | 29,750 | 29,750 | 29,750 | 29,750 | 29,750 | 29,750 | 29,750 | 29,750 | 29,750 | 29,750 | 29,750 | 29,750 |
| Galiea Site | 29,750 | 29,750 | 29,750 | 29,750 | 29,750 | 29,750 | 29,750 | 29,750 | 29,750 | 29,750 | 29,750 | 29,750 |
| Hawkeye Site | 12,910 | 7,496 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 |
| Maas Site | 11,829 | 11,829 | 11,829 | 11,829 | 11,829 | 11,829 | 11,829 | 11,829 | 11,829 | 11,829 | 11,829 | 11,829 |
| Nilles Site | 10,986 | 11,047 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 |
| Ohlendorf Site | - | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 |
| Manure Sales | - | - | - | - | - | - | - | - | - | 8,000 | 8,000 | 8,000 |
| **Total Revenues** | 119,967 | 114,952 | 135,204 | 150,409 | 150,409 | 150,409 | 150,409 | 150,409 | 150,409 | 158,409 | 158,409 | 158,409 |
| **Operating Costs** | | | | | | | | | | | | |
| Labor | 30,500 | 30,500 | 33,750 | 37,162 | 35,422 | 37,162 | 37,162 | 37,162 | 37,162 | 37,162 | 37,162 | 37,162 |
| Equipment Rent | 1,725 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 |
| Insurance | 5,988 | 5,988 | 5,988 | 5,988 | 5,988 | 5,988 | 5,988 | 5,988 | 6,200 | 6,200 | 6,200 | 6,200 |
| Property Taxes | - | - | - | - | 18,000 | 18,000 | - | - | - | - | - | - |
| Propane | 25,400 | 16,000 | 23,500 | 15,000 | 10,000 | 10,000 | 10,000 | 2,000 | 7,000 | 10,000 | 15,000 | 15,000 |
| Electric | 11,500 | 15,000 | 15,000 | 15,000 | 15,000 | 14,750 | 17,000 | 17,000 | 16,000 | 15,000 | 14,500 | 14,500 |
| Water | 1,750 | 1,500 | 1,500 | 1,550 | 1,600 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 |
| Phone | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 |
| Internet | 1,000 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 |
| Maintenance | 8,500 | 5,000 | 10,000 | 8,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 8,000 | 8,000 | 8,000 |
| Rendering | 560 | 560 | 560 | 560 | 560 | 560 | 560 | 560 | 560 | 560 | 560 | 560 |
| Manure Handling Expenses | - | - | - | - | - | - | - | 3,000 | 3,000 | 3,000 | - | - |
| Other Operating Expenses | 2,500 | 1,000 | 3,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Administrative Costs | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Professional Fees | 10,000 | 8,000 | 10,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 8,000 | 5,000 | 5,000 |
| **Total Operating Costs** | 100,188 | 86,038 | 106,288 | 93,250 | 102,560 | 104,150 | 88,400 | 83,400 | 87,612 | 94,612 | 93,112 | 93,112 |
| **Cash Flow before Debt Service** | 19,779 | 28,913 | 28,915 | 57,159 | 47,849 | 46,259 | 62,009 | 67,009 | 62,797 | 63,797 | 65,297 | 65,297 |
| **Net Cash Flow** | 19,779 | 28,913 | 28,915 | 57,159 | 47,849 | 46,259 | 62,009 | 67,009 | 62,797 | 63,797 | 65,297 | 65,297 |

## United States Bankruptcy Court
### Northern District of Iowa

In re __Bailey Ridge Partners LLC_____ Case No. __17-00033_____

_____Debtor(s)    Chapter __11_____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____11\11\17_____    Signature _____

Nicole Grubb-Nearman

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
Northern District of Iowa

In re   <u>Bailey Ridge Partners LLC</u>                                        Case No. _____

                                  Debtor(s)                  Chapter   <u>11</u>_____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Floyd Davis**, declare under penalty of perjury that I am the **Managing Member** of **Bailey Ridge Partners LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Floyd Davis, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Floyd Davis, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Floyd Davis, Managing Member** of this Corporation is authorized and directed to employ **Donald H. Molstad 3755**, attorney and the law firm of **Molstad Law Firm** to represent the corporation in such bankruptcy case."

Date   _____1|11|17_____          Signed   _Lloyd C Davis_____
                                                 Floyd Davis

Resolution of Board of Directors

of

**Bailey Ridge Partners LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Floyd Davis, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Floyd Davis, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Floyd Davis, Managing Member** of this Corporation is authorized and directed to employ **Donald H. Molstad 3755**, attorney and the law firm of **Molstad Law Firm** to represent the corporation in such bankruptcy case.

Date _____    Signed _____

Date _____    Signed _____