```
                    UNITED STATES BANKRUPTCY COURT
                      NORTHERN DISTRICT OF IOWA

IN RE:                          )     CHAPTER 11
                                )     CASE NO. 17-00033-S
BAILEY RIDGE PARTNERS, LLC,     )
                                )
                                )
                                )
                                )
                                )     NOTICE OF APPOINTMENT
                       Debtor.  )     OF CREDITORS' COMMITTEE
```

The United States Trustee reports that the following creditors have been appointed to serve on an unsecured creditors' committee in this case pursuant to 11 U.S.C. § 1102(a)(1):

1. Nicole Grubb-Nearman, 1503 22nd St. S., Brookings, SD 57006, phone (712)/253-8513, fax (605)/370-5002, e-mail: grubbnm@aol.com

2. GSC Agribusiness LLC, 3340 Peachtree Rd. NE, Atlanta, GA 30326.  CONTACT: Tom Fernandes, phone (770)/866-3854, fax (404)/261-5468, e-mail: Tom@grainservice.com

3. Jack Grubb, 32728 L-14, Kingsley, IA 51028, phone (712)/251-1983, fax (712)/378-2734, e-mail: baileyridge@aol.com

Ms. Grubb-Nearman has agreed to serve as interim chairman until a permanent chairman can be elected by the committee members.  To ensure adequate representation of the scheduled unsecured creditors, the United States Trustee reserves the right to add or remove committee members.

Respectfully submitted this 13th day of February, 2017.

          Daniel M. McDermott
          United States Trustee
          Region 12


         By: */s/ John F. Schmillen*
          John F. Schmillen
          Trial Attorney
          Office of U.S. Trustee
          U.S. Federal Courthouse
          111 7th Avenue SE, Box 17
          Cedar Rapids, IA 52401-2101
          (319)/364-2211 fax 364-7370
          john.f.schmillen@usdoj.gov


## CERTIFICATE OF SERVICE

The undersigned certifies that copies of this document were served on the parties listed below by electronic mail or first-class mail, postage prepaid, on February 13, 2017:


  Donald H. Molstad
  Bailey Ridge Partners, LLC
  Committee members
  Parties receiving electronic service via CM/ECF
  Parties requesting notice pursuant to Bankruptcy Rule 2002


          */s/ John F. Schmillen*
          John F. Schmillen