UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | CASE NO. 17-00033-S |
| BAILEY RIDGE PARTNERS, LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | **AMENDED** NOTICE OF APPOINTMENT |
| Debtor. | ) | OF CREDITORS' COMMITTEE[1] |

The United States Trustee reports that the following creditors have been appointed to serve on an unsecured creditors' committee in this case pursuant to 11 U.S.C. § 1102(a)(1):

1. Nicole Grubb-Nearman, 1503 22nd St. S., Brookings, SD 57006, phone (712)/253-8513, fax (605)/370-5002, e-mail: grubbnm@aol.com

2. GSC Agribusiness LLC, 3340 Peachtree Rd. NE, Atlanta, GA 30326.  CONTACT: Tom Fernandes, phone (770)/866-3854, fax (404)/261-5468, e-mail: Tom@grainservice.com

3. Jack Grubb, 32728 L-14, Kingsley, IA 51028, phone (712)/251-1983, fax (712)/378-2734, e-mail: baileyridge@aol.com

4. Agri-Tech Enterprises, 1400 Prospect St. SW, Le Mars, IA 51031.  CONTACT: Charles Nelson, phone (712)/546-9292, fax (712)/546-4949, e-mail: Charlie@agri-techusa.com

5. Ebenezer Management, LLC, 2516 380th Street, Dayton, IA 50530.  CONTACT: Brad Oeltjenbruns, phone: (515)/460-0106, fax (515)/547-2254, e-mail: brad.oeltjenbruns@gmail.com

---

[1] This amended notice supersedes the original notice filed on February 13, 2017 (doc. 60).

Ms. Grubb-Nearman has agreed to serve as interim chairman until a permanent chairman can be elected by the committee members. To ensure adequate representation of the scheduled unsecured creditors, the United States Trustee reserves the right to add or remove committee members.

Respectfully submitted this 15th day of February, 2017.

    Daniel M. McDermott
    United States Trustee
    Region 12

By: */s/ John F. Schmillen*
    John F. Schmillen
    Trial Attorney
    Office of U.S. Trustee
    U.S. Federal Courthouse
    111 7th Avenue SE, Box 17
    Cedar Rapids, IA 52401-2101
    (319)/364-2211 fax 364-7370
    john.f.schmillen@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that copies of this document were served on the parties listed below by electronic mail or first-class mail, postage prepaid, on February 15, 2017:

    Donald H. Molstad
    Bailey Ridge Partners, LLC
    Committee members
    Parties receiving electronic service via CM/ECF
    Parties requesting notice pursuant to Bankruptcy Rule 2002

    */s/ John F. Schmillen*
    John F. Schmillen

2