UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | CASE NO. 17-00033-S |
| BAILEY RIDGE PARTNERS, LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | **SECOND AMENDED** NOTICE OF |
| | ) | APPOINTMENT OF CREDITORS' |
| Debtor. | ) | COMMITTEE[1] |

The United States Trustee reports that the following creditors have been appointed to serve on an unsecured creditors' committee in this case pursuant to 11 U.S.C. § 1102(a)(1):

1.  GSC Agribusiness LLC, 3340 Peachtree Rd. NE, Atlanta, GA 30326.  CONTACT: Tom Fernandes, phone (770)/866-3854, fax (404)/261-5468, e-mail: Tom@grainservice.com

2.  Agri-Tech Enterprises, 1400 Prospect St. SW, Le Mars, IA 51031.  CONTACT: Charles Nelson, phone (712)/546-9292, fax (712)/546-4949, e-mail: Charlie@agri-techusa.com

3.  Ebenezer Management, LLC, 2516 380th Street, Dayton, IA 50530.  CONTACT:  Brad Oeltjenbruns, phone: (515)/460-0106, fax (515)/547-2254, e-mail: brad.oeltjenbruns@gmail.com

Tom Fernandes has agreed to serve as interim chairman until a permanent chairman can be elected by the committee members.  To ensure adequate representation of the scheduled unsecured creditors, the United States Trustee reserves the right to add or remove

---

[1] This second amended notice supersedes the amended notice filed on February 15, 2017 (doc. 64).

committee members.

Respectfully submitted this 2nd day of March, 2017.

        Daniel M. McDermott
        United States Trustee
        Region 12


By: */s/ John F. Schmillen*
    John F. Schmillen
    Trial Attorney
    Office of U.S. Trustee
    U.S. Federal Courthouse
    111 7th Avenue SE, Box 17
    Cedar Rapids, IA 52401-2101
    (319)/364-2211 fax 364-7370
    john.f.schmillen@usdoj.gov


## CERTIFICATE OF SERVICE

The undersigned certifies that copies of this document were served on the parties listed below by electronic mail or first-class mail, postage prepaid, on March 2, 2017:

Donald H. Molstad
Bailey Ridge Partners, LLC
Committee members
Nicole Grubb-Nearman
Jack Grubb
Parties receiving electronic service via CM/ECF
Parties requesting notice pursuant to Bankruptcy Rule 2002


        */s/ John F. Schmillen*
        John F. Schmillen